LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
  1420 E. Cooley Dr., Suite 100
  Colton, California 92324
  Telephone: (909) 796-4560
  Facsimile:  (909) 796-3402
  E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| GLEN RODRIGUEZ, | ) | No. EDCV 10-523 VBK |
| | ) | |
|  Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|  Defendant. | ) | |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($3,100.00) subject to the terms of the stipulation.

 DATE:  March 11, 2011  _____/s/_____

            HON. VICTOR B. KENTON
            UNITED STATES MAGISTRATE JUDGE

-1-